# Court of Appeals
# of the State of Georgia

ATLANTA,  March 26, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1070. JAZMINE J. PURDY v. SLM PRIVATE EDUCATION LOAN TRUST 2013-B.

SLM Private Education Loan Trust 2013-B sued Jazmine J. Purdy to recover amounts due under a loan agreement. On January 17, 2024, the trial court entered an order granting SLM's motion for summary judgment and awarding SLM $32,976.31 plus costs. On February 20, 2024, Purdy filed this direct appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (734 SE2d 560) (2012) (punctuation omitted). Here, Purdy's notice of appeal was untimely, as it was filed 34 days after entry of the trial court's order. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/26/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.